UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X  Case No.: 20-cv-04132-CS

ALLSTATE INSURANCE COMPANY

                                           Plaintiff,                **DEFAULT JUDGMENT**

                                                                   against Defendants Perlik
   -against-                                                         and Suo only

VITALITY PHYSICIANS GROUP PRACTICE P.C., a/k/a
VITALITY PSYCHIATRY GROUP, MITCHELL
CABISUDO, SEAN CAVANAUGH, PATRICIA
MURPHY, JANE DOE, a fictitious name, SARAH
PERLIK, JESSICA SCHAEFER, DANIELLE SEMISA
and JESSALYN SUO,

                                          Defendants.
------------------------------------------------------------------------X

       This action having been commenced on May 29, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant, **SARAH PERLIK,** by personally serving Pamela Perlik (mother) on June 26, 2020, and a proof of service having been filed on July 8, 2020, and the defendant, **SARAH PERLIK,** not having answered the Complaint, and the time for answering of the Complaint having expired, and

       That, an Amended Summons and Complaint was filed on September 23, 2020, and was served on defendant, **SARAH PERLIK,** by affixing to door on October 6, 2020 and by mailing on October 8, 2020, and proof of service having been filed on October 13, 2020, and the defendant, **SARAH PERLIK,** not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, and

       That, an Amended Summons and Complaint adding defendant, **JESSALYN SUO,** was filed on September 23, 2020, and a copy of the Amended Summons and Complaint having been

personally served on defendant, **JESSALYN SUO,** by personally serving Rasheen Vinson (significant other) on October 1, 2020, and by mailing on October 5, 2020, and proof of service having been filed on October 13, 2020, and the defendant not having answered the Amended Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment against **SARAH PERLIK** and **JESSALYN SUO,** on the grounds that Defendants, **SARAH PERLIK** and **JESSALYN SUO**, have failed to appear or defend the Complaint of Plaintiff, be GRANTED, there being no objection to the entry of Judgment, the Court finds good cause to grant the motion.

The District Court Clerk is hereby directed to enter this Judgment of Default against **SARAH PERLIK** and **JESSALYN SUO**.

*Cathy Seibel*  2/2/21

_____
Honorable Cathy Seibel
United States District Court Judge