**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,
                           Plaintiff,

-against-

VITALITY PHYSICIANS GROUP PRACTICE
P.C., a/k/a VITALITY PSYCHIATRY GROUP,
MITCHELL CABISUDO, SEAN CAVANAUGH,
JANE DOE, a fictitious name, SARAH PERLIK,
JESSICA SCHAEFER, DANIELLE SEMISA and
JESSALYN SUO,
                           Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/2021

20 **CIVIL** 4132 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated May 4, 2021, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York
         May 4, 2021

                                          **RUBY J. KRAJICK**

                                          Clerk of Court

                   **BY:**
                                          **Deputy Clerk**